IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DOUGLAS CANNADY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D14-5199

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed February 24, 2015.

An appeal from an order of the Circuit Court for Jackson County.
Allen L. Register, Judge.

Douglas Cannady, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Charles R. McCoy, Senior Assistant
Attorney General, Tallahassee, for Appellee.

PER CURIAM.

       AFFIRMED.

MARSTILLER, RAY, and SWANSON, JJ., CONCUR.